Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Telephone: (323) 306-4234
Facsimile: (866) 633-0228

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FELDMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>WHEELS LABS, INC.; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.<br><br>2:19-cv-05784-MWF-KS<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

Plaintiff David Feldman and Defendant Wheels Labs, Inc., by and through their undersigned counsel, stipulate to dismiss this action in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The claims alleged on behalf of Plaintiff David Feldman shall be dismissed with prejudice, and the claims alleged on behalf of the putative Class shall be dismissed without prejudice.  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

///

///

Respectfully submitted this 16th Day of June, 2020,

**LAW OFFICES OF TODD M. FRIEDMAN P.C**
**By: s/Adrian R. Bacon**
**ADRIAN R. BACON Esq.**
Attorney for Plaintiff

**By:   /s/ CHEUNG, TIFFANY**
**CHEUNG, TIFFANY**
**MORRISON & FOERSTER LLP**
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: June 16, 2020    **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  _s/ Adrian R. Bacon
Adrian R. Bacon ESQ.
Attorney for Plaintiff

Filed electronically on this 16th Day of June, 2020, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 16th Day of June, 2020.
s/Adrian R. Bacon
ADRIAN R. BACON